IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA O'CONNOR-COLE,<br><br>                            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                           Defendants. | C/A No .7:22-cv-865-KMK-JCM |

## **MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE**

COMES NOW, Noah Breazeale, attorney for Plaintiff, PATRICIA O'CONNOR-COLE, and respectfully requests permission to attend the Status Conference scheduled to occur on June 27, 2022 at 11:30 A.M, telephonically. For grounds, Plaintiff's counsel is located in Chattanooga, Tennessee, and asks to appear telephonically in an effort to reduce litigation and travel costs.

If this motion is granted, Plaintiff's counsel would appear via telephone number (423) 634-2506.

Plaintiff's counsel has discussed this Motion with Defendant's counsel and Defendant's counsel has no objection to the Court granting the requested relief.

> **SO ORDERED:**
> Application granted. The status conference scheduled for June 27, 2022 at 11:30 a.m. will be held by phone. All parties shall call 877-873-8017 and enter access code 4264138 at the time of the conference.
>
> _____ 6-24-22
> JUDITH C. McCARTHY
> United States Magistrate Judge

Dated this 20th day of June, 2022.

                        Respectfully submitted,

                        ERIC BUCHANAN & ASSOCIATES, PLLC
                        ATTORNEYS FOR PLAINTIFF

                        BY:    */s Noah Breazeale*
                                Noah A. Breazeale
                                414 McCallie Avenue
                                Chattanooga, TN 37402
                                (423) 634-2506
                                FAX:  (423) 634-2505
                                nbreazeale@buchanandisability.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this document has been served on all counsel of interest in this case, filing it with the Court's electronic case filing system, including:

>Kevin G. Horbatiuk, Esq.
>As Counsel for Defendant
>Life Insurance Company of North America
>Russo & Gould, LLP
>33 Whitehall Street, 16th Floor
>New York, New York 10004

This 20th day of June 2022

/s/ *Noah Breazeale*
Noah Breazeale